**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Northern District of Florida (State)

Case number (If known): ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** East 30A Restaurant Associates, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) 46-3978972

4. **Debtor's address**

   **Principal place of business**

   10343 East Hwy 30A
   Number Street

   Ste 125

   Seacrest Beach Fl 32461
   City State ZIP Code

   Walton
   County

   **Mailing address, if different from principal place of business**

   13123 East Emerald Coast Pkwy
   Number Street

   P.O. Box

   Rosemary Beach, Fl 32461
   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ____________

Debtor East 30A Restaurant Associates, LLC
Name

Case number (if known) ____________________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7 2 2 5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District ____________ When ____________ (MM / DD / YYYY) Case number ____________

  District ____________ When ____________ (MM / DD / YYYY) Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes. Debtor ____________ Relationship ____________

  District ____________ When ____________ (MM / DD / YYYY)

  Case number, if known ____________

Debtor East 30A Restaurant Associates, LLC Case number (*if known*)
Name

**11. Why is the case filed in *this* district?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? ____________________
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other ____________________

**Where is the property?** ____________________
Number Street

____________________

City State ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency ____________________

  Contact name ____________________

  Phone ____________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [x] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [x] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

Debtor East 30A Restaurant Associates, LLC
Name

Case number (if known)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/18/2017
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

Kim Sallinger
Printed name

Title Managing Member

**18. Signature of attorney**

X /s/ Clay B. Adkinson
Signature of attorney for debtor

Date 05/19/2017
MM / DD / YYYY

Clay B. Adkinson
Printed name

Adkinson Law Firm, LLC
Firm name

P.O. Box 1207
Number Street

DeFuniak Springs, FL
City

FL
State

32435
ZIP Code

850-892-5195
Contact phone

clay@adkinsonlaw.com
Email address

20500
Bar number

Florida
State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ________________.

2. The following financial data is the latest available information and refers to the debtor's condition on ________________.

a. Total assets $ $1,453,000.00

b. Total debts (including debts listed in 2.c., below) $ $235,372.74

c. Debt securities held by more than 500 holders

| | | | $ | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ ________ | ________ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ ________ | ________ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ ________ | ________ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ ________ | ________ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ ________ | ________ |

d. Number of shares of preferred stock ________

e. Number of shares common stock ________

Comments, if any: ________________________________________

3. Brief description of debtor's business: Restaurant and Lounge

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| | | |
|---|---|---|
| Jeffrey Blatt | Bill Shoaf | Kim Sallinger |
| 1307 Norwalk Lane #205 | 13123 East Emerald Coast Hwy Ste 135B | 113123 East Emerald Coast Hwy. Ste 135B |
| Austin, Texas 78703 | Rosemary Beach Fl 32461 | Rosemary Beach, Fl 32461 |

**Fill in this information to identify the case and this filing:**

Debtor Name EAST 30A RESTAURANT ASSOCIATE

United States Bankruptcy Court for the: Northern District of Florida (State)

Case number (If known): ____________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration Mailing Matrix with list of creditors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/18/2017
MM / DD / YYYY

✗ [signatures]
Signature of individual signing on behalf of debtor

JEFFREY BLATT, Kim Sallinger
Printed name

MANAGING MEMBERS
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name East 30A Restaurant Associate, LLC

United States Bankruptcy Court for the: Northern District of Florida (State)

Case number (If known): ____________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | The Villlage III, LLC<br>PO Box 819<br>Destin FL 32540 | | | | | | 73480.86 |
| 2 | Artesano Hotel Group<br>198 East Blue Crab Loop<br>Seacrest Beach FL 32413 | | | | | | 73003.45 |
| 3 | Whitney Advertising & Design, Inc<br>6410 Business Park Loop Road<br>Suite H<br>Park City UT 84098 | | | | | | 29430.31 |
| 4 | US Foods<br>PO Box 405873<br>Atlanta GA 30384-5873 | | | | | | 11801.49 |
| 5 | Southern Seafood Market, Inc.<br>1415 Timberlane Road #113<br>Tallahassee FL 32312 | | | | | | 11361.84 |
| 6 | TEK Distributors<br>3227 N East Ave<br>Panama City<br>FL 32405 | | | | | | 6360.5 |
| 7 | Mills Heating and Air<br>225 Green Acres Road<br>Fort Walton Beach FL 32547 | | | | | | 5763 |
| 8 | WaterStreet Seafood<br>PO Box 121<br>ApalachicolaFL32320 | | | | | | 4582.4 |

Debtor East 30A Restaurant Associates, LLC
Name

Case number (*if known*)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Green Earth Cleaning Service<br>7940 Front Beach Road #201<br>Panama City Beach FL 32407 | | | | | | 74.95 |
| 10 | City Produce of Fort Walton, Inc<br>.P.O. Box 1334<br>Fort Walton Beach FL 32549 | | | | | | 112.95 |
| 11 | Taylor Linen Services, Inc.<br>811 River Falls<br>P.O. Box 520<br>Andalusia AL 36420 | | | | | | 1924.08 |
| 12 | Auto Owners Insurance<br>Box 30660<br>Lansing MI 48909-8160 | | | | | | 610.6 |
| 13 | Colonial Life<br>PO Box 903<br>Columbia SC 29202-0903 | | | | | | 1801 |
| 14 | Peaden<br>618 W Baldwin Raod<br>Panama City FL 32405 | | | | | | 243.75 |
| 15 | ECOLAB, Inc.<br>PO Box 32027<br>New York NY 10087-2027 | | | | | | 1429.23 |
| 16 | Gulf Power<br>PO Box 830660<br>Birmingham AL 35283-0660 | | | | | | 635.19 |
| 17 | Guardian Insurance<br>PO Box 677458<br>Dallas TX 75267-7458 | | | | | | 426.28 |
| 18 | Office Depot<br>PO Box 633211<br>Cincinnati OH 45263-3211 | | | | | | 435 |
| 19 | Walton County<br>Chamber of Commerce<br>63 South Centre Trail<br>Santa Rosa Beach FL 32459 | | | | | | 410 |
| 20 | Jackson Thornton<br>PO Box 6965<br>Dothan AL 36302 | | | | | | 395 |

FLNB Local Form 2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
PENSACOLA **DIVISION**

**In re:**

**Case No.:**

**Chapter:** 11

East 30A Restaurant Associates, LLC

**Debtor(s)**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 1007(a) or Bankruptcy Rule 7007.1, ______________________

East 30A Restaurant Associates, LLC, a

☒ Corporate Debtor
☐ Party to an adversary proceeding
☐ Party to a contested matter
☐ Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

Jeffrey Blatt Gift Trust C/O Jeff Blatt 920 East Dean Keeton Austin, Texas 78705

Kim Salllinger
13213 E. Emerald Coast Parkway Suite B-135 Rosemary Beach, Florida 32461
817-966-1009 kim@artesanohotels.com

OR

☐ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

Thursday May 18, 2017
Date

By: ______________________

FLNB Local Form 36 (05/11)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
~~GAINESVILLE~~ Pensacola **DIVISION**

**In re:** East 30A Restaurant Associates, LLC

**Case No.:** To be Assigned
**Chapter:** 11

**Debtor(s)**

## VERIFICATION OF CREDITOR MAILING MATRIX

I/We, the above named debtor(s), do hereby verify under penalty of perjury that the mailing matrix (list of creditors) attached or previously filed in this case is true and correct to the best of my/our knowledge.

[signature]
Debtor's Signature

Kim Sallinger
Printed Name of Debtor

5-18-2017
Date:

______________________
Joint Debtor's Signature

______________________
Date:

______________________
Printed Name of Joint Debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District Of Florida

Pensacola Division

**In re**

East 30A Restaurant Associates, LLC, a Florida Limited Liability Company

**Debtor**

Case No. To Be Assigned

Chapter _____11____________

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,500.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . $ 2,500.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ $0.00

2. The source of the compensation paid to me was:

   [X] Debtor [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. Attorney is additionally serving as counsel in a State of Florida Circuit Court Case in Walton County, Village III, LLC vs East 30A Restaurant Associates, LLC, et.al, 2017-CA-109. In full disclosure to this Court, Counsel was paid a retainer for both representations simultaneously. The total amount paid was $7,500.00, of which the above-disclosed $2,500.00 was agreed to compensate counsel for his services in this proceeding, with the remainder serving as a retainer for representation in the State court proceeding.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: any appeals or post judgment proceedings in this matter.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

______05/19/2017____— -
*Date*

*/s/ Clay B. Adkinson* FBN: 20500
*Signature of Attorney*

Adkinson Law Firm, LLC
*Name of law firm*